UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

COUNTY OF SUFFOLK

Plaintiff / Petitioner:
DAHLIA SCOTT

Defendant / Respondent:
JENCARE SKIN FARM, INC. d/b/a JENCARE DAY SPA AND JENCARE SKIN FARM DAY SPA LLC d/b/a JEN CARE DAY SPA AND JENNIFER SAMUDA, LLOYD SAMUDA, PETA-GAY REANNE SAMUDA AND MICHAEL SAMUDA, INDIVIDUALLY

**AFFIDAVIT OF SERVICE**

Index No:
2:16-cv-01773-SJF-AKT

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 87 High Meadow Lane, Riverhead, NY 11901. That on Fri, Apr 22 2016 AT 01:18 PM AT 2051 GREEN ACRES MALL, VALLEY STREAM, NY 11581 deponent served the within Summons and Complaint (Received Apr 20, 2016 at 5:30pm EDT), NOTICE OF INITIAL CONFERENCE (Received Apr 20, 2016 at 5:30pm EDT) on Chevy Burke for JENNIFER SAMUDA

[ ] Individual: by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] Corporation: _ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] Suitable Person: by delivering thereat, a true copy of each to Chevy Burke (Receptionist) a person of suitable age and discretion.

[ ]

[X] Mailing: Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known place of business, 2051 Green Acres Mall-Valley Stream, N.Y. 11581, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on April 25, 2016

[X] Military Service: I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Description:
Age: 40-45 | Ethnicity: African American | Gender: Female | Weight: 145
Height: 5'6" | Hair: Black | Eyes: BR | Relationship: Receptionist-Authorized Employee

Other: Short black hair

On this 28th of April 2016, Nassau, NY
Sworn to before me on                      In the County and State of

William Maseroni
2031965-DCA
SM #848648

Notary Public
MARLON K. ELLIOTT
Notary Public, State of New York
No. 01EL6233768
Qualified in Nassau County
Term Expires December 27, 2014 18

AGENCY
WRM Security Services Inc.
87 High Meadow Lane
Riverhead, N.Y. 11901
631-406-9761
N.Y.C.D.C.A. Agency Lic. No. 2015203-DCA